**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2022-0489, <u>Kevin F. MacMillan v. Town of Conway</u>, the court on March 22, 2023, issued the following order:**

On February 2, 2023, the plaintiff filed several photographs, and on February 14, February 15, March 7, and March 20, 2023, he filed a number of other documents. The plaintiff improperly submitted all of these documents after the deadline for him to have submitted his appendix had passed. <u>See</u> <u>Sup. Ct. R.</u> 13(3). Accordingly, the court will not consider the documents in resolving the appeal, and the partially-assented-to motion filed by Vertex Towers, LLC to strike the photographs is moot.

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The plaintiff, Kevin F. MacMillan, appeals an order of the Superior Court (<u>Ignatius</u>, J.) upholding a decision of the zoning board of adjustment for the defendant, the Town of Conway, to grant a special exception to Vertex Towers, LLC, that would allow the installation of a wireless communications tower exceeding a particular height. The plaintiff argues that the evidence was insufficient to support the trial court's decision. We note that the trial court properly declined to consider issues not raised in the plaintiff's motion for rehearing before the zoning board of adjustment; nor will we consider such issues on appeal. <u>See</u> RSA 677:3, I (2016); <u>Robinson v. Town of Hudson</u>, 154 N.H. 563, 567-68 (2006). Based upon our review of the briefs, the relevant law, the record on appeal, and the trial court's thorough and well-reasoned decision, we find the plaintiff's arguments unpersuasive, and affirm the trial court's decision.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**